# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **MARK MCAFEE** ) <br>     7221 So. Jameson ) <br>     Fresno, CA 93706, ) <br> ) <br> and ) <br> ) <br> **FARM-TO-CONSUMER LEGAL** ) <br> **DEFENSE FUND** ) <br>     8116 Arlington Blvd., Ste. 263 ) <br>     Falls Church, VA 22042, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> **U.S. FOOD AND DRUG ADMINISTRATION** ) <br>     White Oak Building 1 ) <br>     10903 New Hampshire Avenue ) <br>     Silver Spring, MD 20993, ) <br> ) <br>     Defendant. ) <br> ) | Civil Action No. 19-3161 <br><br><br><br> **PLAINTIFFS' NOTICE OF APPEAL** |

      Notice is hereby given that Plaintiffs Mark McAfee and Farm-to-Consumer Legal Defense Fund hereby appeal to the U.S. Court of Appeals for the District of Columbia Circuit from the final judgment, order, and opinion entered in this action on May 24, 2021.

                                                Respectfully submitted,

Dated: July 23, 2021                           */s/ Samantha J. Ellingson*
                                                Samantha J. Ellingson (MN0008)
                                                sellingson@thomellingson.com
                                                Thom Ellingson, PLLP
                                                825 Nicollet Mall, Suite 950
                                                Minneapolis, MN 55402
                                                Phone: (612) 286-0505
                                                Fax: (612) 601-8955

                                                *Attorney for Plaintiffs Mark McAfee and*
                                                *Farm-to-Consumer Legal Defense Fund*